**Opinion issued July 9, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

### NO. 01-18-01136-CV

———————————————

**JEFFREY W. CHAMBERS, Appellant**

**V.**

**HANNA & HANNA INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1106882**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.